DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-03-00238-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




TEXAS DEPARTMENT OF 

PROTECTIVE AND REGULATORY
§
 APPEAL FROM THE 273RD

SERVICES,

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


ANGELA BALDWIN,

APPELLEE
§
 SHELBY COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 Appellant has filed a motion to withdraw its appeal and in support thereof has furnished
proof of a notice of nonsuit filed by Appellee. All other parties to the appeal have been given notice
of the filing of this motion. Because Appellant has met the requirements of Tex. R. App. P.
42.1(a)(2), the motion is granted, and the appeal is dismissed. 


Opinion delivered August 20, 2003.

Panel consisted of Worthen, CJ., Griffith, J., and DeVasto, J.







(PUBLISH)